Linda Deos, No. 179170
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. CAVEN,<br><br>            Plaintiff,<br><br>vs.<br><br>AUTOTIME MOTORS; JEFFREY ERCOLINI; KELLY ERCOLINI; CREDIT ACCEPTANCE CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY<br><br>            Defendants. | Case No. 2:15-cv-00295-WBS-EFB<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER**<br><br>Compl. Filed:  February 4, 2015<br>Trial Date:      None set<br><br>The Honorable Edmund F. Brennan |

### NOTICE OF SETTLEMENT

Plaintiff MICHELLE A. CAVEN, and Defendant CREDIT ACCEPTANCE CORPORATION, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings pertaining to Defendant CREDIT ACCEPTANCE CORPORATION (hereafter "CAC") only and retain jurisdiction over this case until Defendant CAC can fully perform its duties as required under the settlement agreement. It is estimated that Defendant CAC will fully perform its duties on or around June 18th, 2015. Upon Defendant CAC's completion of its duties (as mandated under the settlement

---
NOTICE OF SETTLEMENT

1

agreement) and within two weeks after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for the Parties.

**Respectfully Submitted,**

DATED:  May 20, 2015                REED SMITH LLP

                                    By    */s/ Cristyn N. Chadwick*
                                          Abraham J. Colman
                                          Cristyn N. Chadwick
                                          Attorneys for Defendant Credit Acceptance
                                          Corporation

DATED:  May 20, 2015                DEOS LAW, PC

                                    By    */s/ Linda Deos*
                                          Linda Deos
                                          Attorneys for Plaintiff Michelle A. Caven

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings pertaining to Defendant CAC only are hereby vacated.  Within 20 days from the date this Order is filed, counsel for plaintiff shall file a joint notice of dismissal with prejudice signed by counsel for the parties.  This court will retain jurisdiction over this matter for 120 days from the date of this Order to allow for defendant CAC to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

Dated:  May 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE