LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No. 114842)
TIMOTHY J. TOMLIN (State Bar No. 142294)
68 Mitchell Boulevard, Suite 135
San Rafael, CA.  94903-2046
Telephone: (415) 457-3773
Facsimile:  (415) 457-2667
Email: ttomlin@fallat.com

Attorneys for Defendant/Cross-Claimant
AMERICAN SAFETY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CAVEN,<br><br>             Plaintiff,<br><br>     vs.<br><br>AUTOTIME MOTORS; JEFFREY ERCOLINI,; KELLY ERCOLINI; CREDIT ACCEPTANCE CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>             Defendants.<br>_____<br>AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>             Cross-claimant,<br><br>v.<br><br>JEFFREY JOSEPH ERCOLINI, an individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS,<br><br>             Cross-defendants. | Case No.   2:15-CV-00295-WBS-EFB<br><br>**ORDER ON REQUEST FOR APPEARANCE BY TELEPHONE FOR MOTION TO FILE AMENDED or SUPPLEMENTAL CROSS-CLAIM**<br><br>**HEARING DATE: May 31, 2016**<br>**TIME:  1:30 P.M.**<br>**DEPT:  5, HONORABLE WILLIAM B. SHUBB** |

THE COURT, having considered the request by Counsel for moving party AMERICAN SAFETY CASUALTY INSURANCE COMPANY to be permitted to appear by telephone at the hearing on its motion to file amended or supplemental pleading on May

ORDER ON REQUEST FOR APPEARANCE BY TELEPHONE

1

31, 2016, at 1:30 p.m., hereby GRANTS said request for telephonic appearance. Counsel has provided a contact telephone number of **(415) 457-3773** for the day of the hearing.

    The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  May 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER ON REQUEST FOR APPEARANCE BY TELEPHONE

2