1  LAW OFFICES OF JOHN L. FALLAT
   JOHN L. FALLAT (State Bar No. 114842)
2  TIMOTHY J. TOMLIN (State Bar No. 142294)
   68 Mitchell Boulevard, Suite 135
3  San Rafael, CA. 94903-2046
   Telephone: (415) 457-3773
4  Facsimile:  (415) 457-2667

5  Attorneys for Defendant/Cross-Claimant
   AMERICAN SAFETY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CAVEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>AUTOTIME MOTORS; JEFFREY ERCOLINI,; KELLY ERCOLINI; CREDIT ACCEPTANCE CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>            Defendants.<br>―――――――――――――――――<br>AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>            Cross-claimant,<br><br>v.<br><br>JEFFREY JOSEPH ERCOLINI, an individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS,<br><br>            Cross-defendants. | Case No.  2:15-CV-00295-WBS-EFB<br><br>**ORDER ON STIPULATION RE: BANKRUPTCY STAY OF CASE AS TO JEFFREY JOSEPH ERCOLINI, an individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS AND TO VACATE TRIAL DATE** |

The Court, having considered the stipulation and proposed order involving the actions against defendants and cross-defendants JEFFREY JOSEPH ERCOLINI, an

(PROPOSED) ORDER ON STIPULATION RE: BANKRUPTCY STAY OF CASE

1

individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS hereby ORDERS as follows:

1. The trial date of November 15, 2016 and the pre-trial conference of October 11, 2016 are vacated.

2. The case is STAYED due to the pending Chapter 13 bankruptcy of JEFFREY and KELLY ERCOLINI,

IT IS SO ORDERED.

Dated: October 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER ON STIPULATION RE: BANKRUPTCY STAY OF CASE

2