Linda Deos, No. 179170
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. CAVEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>AUTOTIME MOTORS; JEFFREY ERCOLINI; KELLY ERCOLINI; CREDIT ACCEPTANCE CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY<br><br>　　　　　　Defendants. | Case No. 2:15-CV-00295-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS AUTOTIME MOTORS, JEFFREY ERCOLINI, KELLY ERCOLINI, AND AMERICAN SAFETY CASUALTY INSURANCE COMPANY ONLY WITH PREJUDICE** |

　　　　Pursuant to a partial settlement of the above-captioned action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Michelle A. Caven ("Plaintiff") and Defendants Autotime Motors, Jeffrey Ercolini, Kelly Ercolini and American Safety Casualty Insurance Company that all claims for relief in the above-captioned action, as they pertain to Autotime Motors, Jeffrey Ercolini, Kelly Ercolini and American Safety Casualty Insurance Company be dismissed with prejudice. Plaintiff, Autotime Motors, Jeffrey Ercolini, Kelly Ercolini, and American Safety Casualty Insurance Company shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

Respectfully submitted, this the 4th day of November, 2016.

        DEOS LAW, PC

        /s/*Linda Deos*
        LINDA DEOS
        Attorney for Plaintiff, Michelle A. Caven

        LAW OFFICES OF JOHN L. FALLAT

        By: */s/ Timothy J. Tomlin*
        TIMOTHY J. TOMLIN
        Attorneys for Defendant/Cross-Claimant
        AMERICAN SAFETY CASUALTY INSURANCE
        COMPANY

        By: _____
        JEFFREY ERCOLINI for
        AUTOTIME MOTORS and on behalf of himself

        By: _____
        KELLY ERCOLINI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Michelle A. Caven, individually, and on behalf of the general public, against Defendants Autotime Motors, Jeffrey Ercolini, Kelly Ercolini and American Safety Casualty Insurance Company are dismissed, with prejudice. Plaintiff Michelle A. Caven, individually, and on behalf of the general public, and Defendants Autotime Motors, Jeffrey Ercolini, Kelly Ercolini and American Safety Casualty Insurance Company shall each bear their own costs and attorneys' fees.

Dated:  November 30, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Michele Blount, certify that on November 29, 2016, the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS AUTOTIME MOTORS, JEFFREY ERCOLINI, KELLY ERCOLINI, AND AMERICAN SAFETY CASUALTY INSURANCE COMPANY ONLY WITH PREJUDICE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addressees of parties of record in the case.

                                      _____s/ Michele Blount_____
                                           Michele Blount
                                           Deos Law, PC