| | |
|---|---|
| 1 | LAW OFFICES OF JOHN L. FALLAT |
| | JOHN L. FALLAT (State Bar No. 114842) |
| 2 | TIMOTHY J. TOMLIN (State Bar No. 142294) |
| | 68 Mitchell Boulevard, Suite 135 |
| 3 | San Rafael, CA. 94903-2046 |
| | Telephone: (415) 457-3773 |
| 4 | Facsimile:  (415) 457-2667 |

Attorneys for Defendant/Cross-Claimant
AMERICAN SAFETY CASUALTY INSURANCE COMPANY
and HUDSON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CAVEN, | Case No.   2:15-CV-00295-WBS-EFB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CROSS-DEFENDANTS JEFFREY JOSEPH ERCOLINI, an individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS WITHOUT PREJUDICE** |
| vs. | |
| AUTOTIME MOTORS; JEFFREY ERCOLINI,; KELLY ERCOLINI; CREDIT ACCEPTANCE CORPORATION; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, | |
| Defendants. | **[F.R.Civ.P. Rule 41(c)]** |
| AMERICAN SAFETY CASUALTY INSURANCE COMPANY and HUDSON INSURANCE COMPANY, | |
| Cross-claimants, | |
| v. | |
| JEFFREY JOSEPH ERCOLINI, an individual and dba AUTOTIME MOTORS; and KELLY RAYLENE ERCOLINI, an individual and dba AUTOTIME MOTORS, | |
| Cross-defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(c), it is hereby stipulated by and

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS AUTOTIME
MOTORS, JEFFREY ERCOLINI AND KELLY ERCOLINI WTHOUT PREJUDICE

1

between cross-complainants, American Safety Casualty Insurance Company ("ASI") and Hudson nsurance Company, and cross-defendants Jeffrey Joseph Ercolini, an individual and dba Autotime Motors; and Kelly Raylene Ercolini, an individual and dba Autotime Motors and plaintiff Michelle A. Caven, that all claims for relief on ASI's cross-claim in the above-captioned action, as they pertain to Autotime Motors, Jeffrey Ercolini, Kelly Ercolini be dismissed without prejudice.

IT IS SO STIPULATED.

DATED: _____           LAW OFFICES OF JOHN L. FALLAT

                            BY: \S\ Timothy J. Tomlin_____
                                Timothy J. Tomlin
                            Attorneys for Defendant/Cross-Claimant
                            AMERICAN SAFETY CASUALTY
                            INSURANCE COMPANY and
                            HUDSON INSURANCE COMPANY

DATED: _____       DEOS LAW, P.C.

                            BY: \S\ Linda Deos_____
                                Linda Deos
                                Attorneys for Plaintiff
                                MICHELLE CAVEN

DATED: _____       ____/S/ Jeffrey Ercolini_____
                            JEFFREY ERCOLINI individually and dba
                            Autotime Motors

DATED: _____       ____/s/ KELLEY ERCOLINI_____
                            KELLY ERCOLINI individually and dba
                            Autotime Motors

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS AUTOTIME MOTORS, JEFFREY ERCOLINI AND KELLY ERCOLINI WTHOUT PREJUDICE

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of cross-claimant American Safety Casualty Insurance Company and Hudson Insurance Company against cross-defendants, Autotime Motors, Jeffrey Ercolini and Kelly Ercolini are dismissed without prejudice.

Dated: January 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS AUTOTIME MOTORS, JEFFREY ERCOLINI AND KELLY ERCOLINI WTHOUT PREJUDICE

3